RECEIVED
IN LAKE CHARLES, LA.

MAR -8 2012

TONY R. MOORE, CLERK
BY_____
          DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **LANDRUS ARNOLD** | : | DOCKET NO. 2: 11 CV 495 |
| VS. | : | JUDGE MINALDI |
| **THERESA SHEPARD, ET AL.** | : | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that the plaintiff's Eight Amendment claims for inadequate medical treatment be DISMISSED with prejudice as frivolous and for failure to state a claim for which relief may be granted in accordance with 28 U.S.C. § 1915A(b)(1) and 28 U.S.C. § 1915(e)(2)(B)(i) and (ii).

For the reasons stated in the accompanying Memorandum Ruling,

**THE CLERK IS DIRECTED** to serve a copy of this memorandum order, two summons forms for each, and one USM-285 form for each defendant, upon the plaintiff at his last known address who must then furnish to the Clerk of Court, 611 Broad Street, Suite 188, Lake Charles, Louisiana, 70601, within thirty (30) days after service of this order, one (1) copy of the complaint, two (2) completed summonses and one (1) completed USM-285 form for each defendant for service, and that after the foregoing documents have been furnished as aforesaid;

**THE CLERK IS FURTHER DIRECTED** to serve, through the United States Marshal, a copy of the complaint, the appropriate summons, and a copy of this Memorandum Order on

each defendant.

**IT IS FURTHER ORDERED** that, as a condition to their acceptance by the Clerk, all future filings by plaintiff or defendants shall include a certificate indicating that a copy thereof has been furnished to the other parties, specifically stating the name and address of each party or his attorney to whom a copy of the pleading was sent.

**All parties shall have the responsibility of promptly reporting to the court and to all other parties any change in their mailing address. Failure to keep the court apprised of an address change will result in dismissal of this action under Rule 41.3W of the Uniform Local Rules for the District Courts of Louisiana.**

Lake Charles, Louisiana, this __8__ day of __March__ 2012.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE