RECEIVED
IN LAKE CHARLES, LA
JUN -6 2013
TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **LANDRUS ARNOLD** | **CIVIL ACTION NO. 2:11-CV-495**<br>**SECTION P** |
| **VS.** | **JUDGE PATRICIA MINALDI** |
| **THERESA SHEPARD, ET AL** | **MAGISTRATE JUDGE KATHLEEN KAY** |

## JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation [Doc. 48] of the Magistrate Judge previously filed herein, these findings and conclusions are accepted. Alternatively, this court concludes that the proposed findings and conclusions are entirely correct. Accordingly,

**IT IS ORDERED** that the Motion for Summary Judgment [Doc. 34] filed by the defendant, Terry Terrell, be **GRANTED** and defendant Terry Terrell be **DISMISSED** from the above-captioned suit.

Lake Charles, Louisiana, on this 5 day of June, 2013.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE